

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2016

No. 04-13-00239-CV

**LAW OFFICE OF OSCAR C. GONZALEZ, INC**. and Oscar Gonzalez,
Appellants

v.

Isabel **SLOAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14280
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellants have filed a motion to clarify the judgment issued on August 31, 2016. Appellee has not responded in opposition to the motion. Accordingly, the motion is GRANTED. An amended judgment "explicitly describing the dollar figure of the judgment against each Appellant based on the percentages of each Appellant's proportionate responsibility as found by the jury" will issue at a later date.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court